Tegan Rodkey, Esq.
E: tegan@pricelawgroup.com
PRICE LAW GROUP, APC
6345 Balboa Blvd., Ste 247
Encino, CA 91310
T: (818) 600-5526
F: (818) 600-5526

Attorneys for Plaintiff
Kelvin Olivas

# UNITED STATES DISTRICT COURT
## EASTERN DIVISION CALIFORNIA DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELVIN OLIVAS,**<br>　　　　Plaintiff,<br>　v.<br>**MIDLAND CREDIT MANAGEMENT INC**,<br>　　　　Defendant. | Case No. 5:23-cv-02301-JGB-KK<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**<br><br>Judge: Jesus G. Bernal<br>Magistrate Judge: Kenly Kiya Kato<br>Date Filed: November 8, 2023 |

1. On December 29, 2023, Defendant Midland Credit Management Inc provided Plaintiff Kelvin Olivas with an Offer of Judgment. Attached as Exhibit "A" is a copy of the Offer of Judgment.

2. Pursuant to the Offer of Judgment, Defendant offered "Judgment for Plaintiff, and against Defendant in the total sum of $1,100.00, plus reasonable attorneys' fees and costs as determined by the Court on noticed motion or by agreement of the parties." Exhibit A.

3. On January 10, 2024, Plaintiff notified Defendant in writing that the Offer of Judgment was accepted.

4. A result of Plaintiff's acceptance of the Offer of Judgment, the sole issue remaining before this Court is the amount of reasonable attorney's fees and costs Plaintiff is entitled in the event Plaintiff and Defendant are unable to reach an agreement with respect to said amount.

DATED: January 11, 2024

Respectfully Submitted,

By: *Tegan Rodkey*
Tegan Rodkey, Esq.
E: tegan@pricelawgroup.com
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Ste. 247
Encino, CA 91310
T: (818) 600-5526
F: (818) 600-5526

*COUNSEL FOR PLAINTIFF*
*Kelvin Olivas*

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 11, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: *Tegan Rodkey*
Tegan Rodkey, Esq.