JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KELVIN OLIVAS | CASE NUMBER: |
|---|---|
| PLAINTIFF | EDCV23-02301-JGB(KKx) |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC. | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on March 11, 2024 as docket number 14 (the "Offer of Judgment"), judgment is hereby entered for

KELVIN OLIVAS

and against

MIDLAND CREDIT MANAGEMENT, INC.

according to the terms set forth in the Offer of Judgment.

Date: March 8, 2024

By: M. Galvez

Deputy Clerk

CV-140 (02/21)                                             JUDGMENT